CHARLES PRATESI, d. b. a., *vs.* THE MAYOR AND COUNCIL OF WILMINGTON, p. b. r.

*Appeal—Municipal Court—Proper Paper to be filed in Superior Court—Information such as filed in Court below—Practice—Criminal Law.*

In an appeal to the Superior Court from a judgment of the Municipal Court of the City of Wilmington for the violation of a city ordinance against obstructing the streets, the proper paper to be filed in the Superior Court is an information such as was filed in the proceedings below.

(*February 17, 1903.*)

LORE, C. J., and PENNEWILL AND BOYCE, J. J., sitting.

*Armon D. Chaytor, Jr.,* for d. b. a.

*David J. Reinhardt* for p. b. r.

Superior Court New Castle County, February Term, 1903.

APPEAL (No. 111, September Term, 1902).

This was a criminal proceeding, commenced in the Municipal Court of the City of Wilmington, against the appellant for a

nuisance; viz., for violating a city ordinance by obstructing King Street, a public thoroughfare of the said city.

The appellant was arrested upon a warrant and upon information filed was tried, convicted and sentenced to pay a fine of one dollar and costs of prosecution. An appeal was taken to the Superior Court and the appeal duly entered.

Thereupon the respondent filed an information as in the proceedings below.

To this information the appellant demurred specially and alleges that such " an information is not the proper and legal paper to be filed in this action."

LORE, C. J.:—The Court is clear that an information such as filed in this case, conforms to the nature of the proceedings below and also in this Court, and that it is the proper paper to file in contemplation of the statute in that behalf.

The demurrer is therefore overruled.